No. 296. Heiselmoyer *v.* Pennsylvania Railroad Co. C. A. 3d Cir. Certiorari denied. *B. Nathaniel Richter* for petitioner. *H. Francis DeLone* for respondent.

No. 297. Miller *v.* United States. C. A. 6th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, Robert L. Farrington* and *Neil Brooks* for the United States.

No. 301. United States *v.* Dragon Cement Co., Inc. C. A. 1st Cir. Certiorari denied. *Attorney General Brownell, Acting Assistant Attorney General Stull* and *Harry Baum* for the United States. *Herbert E. Locke* and *Edward C. Thayer* for respondent.

No. 302. Laborde *v.* Ansolabehere. Supreme Court of Nevada. Certiorari denied. *Eli Grubic* for petitioner. *Stanley A. Weigel* for respondent.

No. 304. Hoefer *v.* Parker. Court of Appeals of New York. Certiorari denied. *Richard H. Wels* for petitioner. *Ralph Montgomery Arkush* for respondent.

No. 305. Local 140 Security Fund *v.* Hack, Trustee in Bankruptcy, et al. C. A. 2d Cir. Certiorari denied. *Victor Rabinowitz* and *Leonard B. Boudin* for petitioner. *Harold L. Lipton* for Hack, and *Peter Campbell Brown* and *Stanley Buchsbaum* for the City of New York, respondents.